ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT

| | |
|---|---|
| THOMAS BOONE ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) CIVIL ACTION NO. _____ | |
| COMMONWEALTH OF KENTUCKY, ) | |
| KENTUCKY AUTHORITY FOR ) | |
| EDUCATIONAL TELEVISION ) | |
| ) | |
| DEFENDANT | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and § 1446, Defendant, Commonwealth of Kentucky, Kentucky Authority for Educational Television ("KET") hereby removes this action from the Circuit Court of Franklin County, Kentucky to the United States District Court for the Eastern District of Kentucky at Frankfort. In support of this removal, KET states:

1. On November 8, 2011, the Plaintiff, Thomas Boone ("Boone"), commenced this action against KET in the Franklin Circuit Court, Division II, Civil Action No. 11-CI-1611. A true and correct copy of the Summons and Complaint are filed herewith as Attachment 1. KET was served by Secretary of State on November 10, 2011. The Summons and Complaint constitute all process, pleadings, and orders served upon KET.

2. The Summons and Complaint were served upon KET on November 10, 2011. This Notice of Removal is therefore filed within thirty (30) days of service of the Summons and Complaint, as required by 28 U.S.C. § 1446(b).

3. In the Complaint, Plaintiff seeks to recover monetary damages and other remedies arising solely from actions that allegedly occurred during his employment by KET and/or from the alleged circumstances surrounding his termination of his employment by KET on or about September 9, 2010. [*See generally*, Compl.].

4. Plaintiff asserts six counts:

   A. Count 1: Race Discrimination. Plaintiff alleges that Defendant violated the federal Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* [Complaint, ¶¶ 9-13];

   B. Count 2: Retaliation Hostile Work Environment. Plaintiff alleges that Defendant violated the Kentucky Civil Rights Act ("KCRA"), KRS 344.040, and KRS 61.102. [Complaint, ¶¶ 14-18] ;

   C. Count 3: Age Discrimination. For this count, Plaintiff does not cite statutory authority, but later references in the Complaint cite the federal Age Discrimination in Employment Act ("ADEA") [42 U.S.C. §§621 *et. seq*]. [Compl. ¶ 36].

   D. Count 4: Intentional Infliction of Emotional Distress ("IIED"). Plaintiff alleges that Defendant committed the tort of IIED under Kentucky common law. [Complaint, ¶¶ 23-26].

   E. Count 5: American With Disability Act ("ADA"). Plaintiff cites the federal ADA, 42 U.S.C. § 12101, *et. seq.* [Compl. ¶¶ 27-30].

    F. Count 6: EEOC Complaint.  Plaintiff does not cite statutory or common law authority for this claim.  [Compl. ¶¶ 31-35].

  5. Because Plaintiff has asserted claims pursuant to the federal Title VII [42 U.S.C. §§ 2000e *et. seq.*], ADEA [42 U.S.C. §§ 621 *et. seq.*], and ADA [42 U.S.C. §§ 12101 *et. seq.*], the Complaint asserts a claim or right arising under the laws of the United States over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.  This entire action is therefore removable to this Court without regard to the citizenship or residence of the parties or whether the state law claims are removable.  28 U.S.C. § 1441(b)(c).

  6. This Court has supplemental jurisdiction over the Plaintiff's state law claims under the KCRA, KRS Chapter 344, IIED and KRS 61.102, pursuant to 28 U.S.C. § 1367, which provides, in pertinent part, that "district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."  The violations of Kentucky law alleged in the Complaint all arise from the Plaintiff's employment with KET and/or the alleged circumstances surrounding the termination of Plaintiff's employment, which also underlie the alleged violations set forth in the federal claims.

  7. The undersigned counsel will promptly give notice of the filing of this Notice of Removal to all adverse parties, and will also file a copy of this Notice of Removal with the clerk of the Franklin Circuit Court, as required by 28 U.S.C. § 1446(d).

s/ Sharon L. Gold

_____
Debra H. Dawahare
ddawahare@wyattfirm.com
Sharon L. Gold
sgold@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
859.233.2012

Morgan G. Ransdell
Morgan.Ransdell@ag.ky.gov
Cheryl LaLonde
cheryl.lalonde@ag.ky.gov
OFFICE OF ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, KY 40601-3449
502.696.5646

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

        This is to certify that a true and correct copy of the foregoing has been served upon the following, by first class, U.S. Mail, on this the 29th day of November, 2011:

Douglas C. Howard
Howard Law Group, PLLC
227 W. Main St, Ste 4
PO Box 562
Frankfort, KY 40602
(502) 352-4950
Doug@HowardLawGroup.com
*Counsel for Plaintiff*

        s/Sharon L. Gold

        *Counsel for Defendant*

60096622.1