UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| THOMAS BOONE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 11-75-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| COMMONWEALTH OF KENTUCKY, | ) | **ORDER OF DISMISSAL** |
| KENTUCKY AUTHORITY FOR | ) | |
| EDUCATIONAL TELEVISION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

The parties to this action having filed a Joint Stipulation of Dismissal With Prejudice [Record No. 21], and the Court being sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.  The parties shall bear their respective costs and expenses incurred herein.

This 20th day of September, 2012.



-1-